COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Ex parte Marina Urbina

Appellate case number:      01-18-00177-CR

Trial court case number:    04CR2126-83-1

Trial court:                405th District Court of Galveston County

Appellant, Marina Urbina, has filed a notice of appeal of the trial court's denial of her application for a writ of habeas corpus. *See* TEX. CODE CRIM. PROC. ANN. art. 11.072 (West Supp. 2017). On April 17, 2018, we abated this appeal and remanded the case for the trial court to execute a certification of appellant's right to appeal. The district clerk has filed a supplemental clerk's record containing a certification stating that the case "is not a plea bargain case, and the defendant has the right of appeal." We **reinstate** the case on the Court's active docket.

Further, the record was due to be filed in this Court by March 15, 2018. *See* TEX. R. APP. P. 31.1. A clerk's record was filed on March 21, 2018. Before we abated this appeal, the Clerk of this Court notified appellant that the Court might consider the appeal without a reporter's record unless, by April 12, 2018, appellant caused the record to be filed, or provided proof that she had arranged to pay for the record or is indigent. *See id.* 31.1, 35.3(b), 37.3(c). Appellant has not responded, and a reporter's record has not been filed. Accordingly, the Court will consider the appeal without a reporter's record. *See id.* 31.1; *see, e.g.*, *Ex parte Riaz*, No. 01-17-00616-CR, 2018 WL 326301, at *1 (Tex. App.—Houston [1st Dist.] Jan. 9. 2018, no pet.) (mem. op., not designated for publication).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings _____
                    ☑ Acting individually    ☐ Acting for the Court

Date: May 10, 2018 _____